UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MEDMARC CASUALTY INSURANCE COMPANY,<br><br>      Plaintiff,<br><br>   v.<br><br>STERLING & DOWLING PC, HARRY J STERLING, B. JAY DOWLING and THUSNELDA MUELLER, individually and as Trustee of the Mueller Family Irrevocable Trust dated January 12, 1996,<br><br>      Defendants. | Case No. 10-cv-694-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Notice of Dismissal with prejudice (Doc. 4) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) filed by plaintiff Medmarc Casualty Insurance Company.  Rule 41(a)(1)(A)(i) allows a plaintiff to dismiss an action without a court order at any time before the opposing party serves an answer or a motion for summary judgment.  No defendant has served an answer or motion for summary judgment in this case.  Because the plaintiff has an absolute right to dismiss this case at the present time, the Court finds that this action is **DISMISSED with prejudice** and without costs and **DIRECTS** the Clerk of Court to close this case.

**IT IS SO ORDERED.**
**DATED:  September 30, 2010**

                                                 s/ J. Phil Gilbert
                                                 **J. PHIL GILBERT**
                                                 **DISTRICT JUDGE**